United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Nicholas Hatttaway  
Dannah Hatttaway  
    Debtors

Case No. 23-11551-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 15, 2023      Form ID: 318      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicholas Hatttaway, Dannah Hatttaway, 17 Millcreek Road, Plymouth Meeting, PA 19462-2476 |
| 14785648 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, CCO MORTGAGE CORP., ATTN: BANKRUPTCY, 10561 TELEGRAPH RD, GLEN ALLEN, VA 23059 |
| 14785649 | + | CCO MORTGAGE CORP., PO BOX 6260, GLEN ALLEN, VA 23058-6260 |
| 14785650 | + | Comcast Business, Payment Processing Center - 27, PO BOX 55126, Boston, MA 02205-5126 |
| 14785651 | + | Copperfield Chimney, 600 Sanders Street, Scranton, PA 18505-3400 |
| 14785652 | + | Intuit Financing, Inc., 2700 Coast Avenue, Mountain View, CA 94043-1140 |
| 14785657 | + | MOHELA, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14785653 | | Merchant Services, 2675 West 600 North Lindon, Lindon, UT 84042 |
| 14785661 | + | U-Neek Computer Services, 297 W. Uwchlan Avenue, Downingtown, PA 19335-3361 |
| 14785666 | + | Wallace Avenue Holdings, LLC, 540 Oak Avenuine, Clifton Heights, PA 19018-2924 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 15 2023 23:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Sep 16 2023 03:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2023 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14785638 | + | EDI: GMACFS.COM | Sep 16 2023 03:35:00 | ALLY FINANCIAL, INC, ATTN: BANKRUPTCY, 500 WOODARD AVE, DETROIT, MI 48226-3416 |
| 14785639 | + | EDI: GMACFS.COM | Sep 16 2023 03:35:00 | ALLY FINANCIAL, INC, P.O. BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14785641 | + | EDI: CINGMIDLAND.COM | Sep 16 2023 03:36:00 | AT & T, PO BOX 537104, Atlanta, GA 30353-7104 |
| 14785642 | | EDI: BANKAMER.COM | Sep 16 2023 03:35:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982234, EL PASO, TX 79998 |
| 14785643 | + | EDI: BANKAMER.COM | Sep 16 2023 03:35:00 | BANK OF AMERICA, PO BOX 45144, JACKSONVILLE, FL 32232-5144 |
| 14785645 | + | Email/Text: kim.burnette@ozk.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14785644 | | Email/Text: bankruptcynotices@ozk.com | Sep 15 2023 23:36:00 | BANK OZK, P. O. BOX 196, OZARK, AR 72949-0196 |
| | | | Sep 15 2023 23:36:00 | BANK OZK, ATTN: BANKRUPTCY, PO BOX 8811, LITTLE ROCK, AR 72231 |
| 14785647 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 15 2023 23:37:00 | BRIDGECREST ACCEPTANCE CORP, PO BOX 29018, PHOENIX, AZ 85038-9018 |
| 14785646 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 15 2023 23:37:00 | BRIDGECREST ACCEPTANCE CORP, 7300 EAST HAMPTON AVENUE, SUITE 100, MESA, AZ 85209-3324 |
| 14785654 | | Email/Text: EBN@Mohela.com | Sep 15 2023 23:36:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14785657 | ^ | MEBN | Sep 15 2023 23:32:54 | MOHELA, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14785663 | + | EDI: USAA.COM | Sep 16 2023 03:35:00 | USAA FEDERAL SAVINGS BANK, 10750 MC DERMOTT, SAN ANTONIO, TX 78288-1600 |
| 14785662 | + | EDI: USAA.COM | Sep 16 2023 03:35:00 | USAA FEDERAL SAVINGS BANK, ATTN: BANKRUPTCY, 9800 FREDRICKSBURG RD, SAN ANTONIO, TX 78288-0002 |
| 14785665 | | Email/Text: AKYNAST@VALLEY.COM | Sep 15 2023 23:36:00 | Valley National Bank, PO BOX 953, Wayne, NJ 07474 |
| 14785668 | + | Email/Text: Bankruptcy@wsfsbank.com | Sep 15 2023 23:37:00 | WSFS Bank, 500 Delaware Avenue, Wilmington, DE 19801-1490 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14785640 | | American Express, PO BOX 6031 |
| 14785664 | | USAA SAVINGS BANK |
| 14785655 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14785656 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 14785658 | *+ | MOHELA, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14785659 | *+ | MOHELA, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 14785667 | *+ | Wallace Avenue Holdings, LLC, 540 Oak Avenue, Clifton Heights, PA 19018-2924 |
| 14785660 | ##+ | Tony's Chimney Care LLC, C/O Anthony Latino, 21 Hillcrest Avenue, Downingtown, PA 19335-1965 |

TOTAL: 2 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2023       Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KRISTI J. DOUGHTY | on behalf of Creditor Bank OZK doughty@chipmanbrown.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Nicholas Hatttaway bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| STEPHEN MATTHEW DUNNE | on behalf of Joint Debtor Dannah Hatttaway bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

## Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Nicholas Hatttaway<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5059<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Dannah Hatttaway<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1250<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  Eastern District of Pennsylvania

Case number:  23-11551-amc

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nicholas Hatttaway                    Dannah Hatttaway
dba Hattaway Vision LLC               pka Dannah Ballesteros

9/14/23                               **By the court:** Ashely M. Chan
                                      United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**